IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE LEON GREEN                                                                  PETITIONER
ADC #108796

v.                          Case No. 5:16-cv-00310 SWW-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                              RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 9th day of July, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE