IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE LEON GREEN                                                      PETITIONER
ADC #108796

v.                      Case No. 5:16-cv-00310 SWW-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                      RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this 9th day of July, 2018.

                                          /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE